UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NCH HEALTHCARE SYSTEM, INC.,

    Plaintiff,

v.                                    Case No.: 2:19-cv-632-FtM-38MRM

PAXERAHEALTH CORP.,

    Defendant.
_____/

**<u>ORDER</u>**[1]

Before the Court is Plaintiff's Amended Emergency Verified Motion for Temporary Injunction (Doc. 5). Plaintiff filed this Motion in state court before Defendant removed the case here. (Doc. 1-1 at 2; Doc. 5). At this time, the Motion is denied for several reasons with leave to refile.

First, the Motion does not comply with the Federal or Local Rules. (Doc. 5). Also, the attorney who signed the Motion is not counsel of record in this case. Next, the Motion was filed in state court, which applies a different legal standard than this Court. And finally, this Motion does not appear to be a true emergency. Plaintiff filed this Motion in state court on August 19, 2019. (Doc. 1-1 at 2; Doc. 5). On August 29, 2019, the state court set an evidentiary hearing on the Motion for September 16, 2019. (Doc. 1-1 at 2,

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

60). Thus, there does not appear to be an imminent and irreparable harm that cannot await a proper motion.

For all those reasons, the Motion is denied with leave to refile. Plaintiff may refile a proper amended motion within seven days. And Defendant must respond within seven days of that filing.

Accordingly, it is now

**ORDERED:**

1. Plaintiff's Amended Emergency Verified Motion for Temporary Injunction (Doc. 5) is **DENIED with leave to refile**.

2. Plaintiff may refile a proper amended motion on or before **September 6, 2019**.

3. If Plaintiff does so, Defendant must respond on or before **September 13, 2019**.

**DONE** and **ORDERED** in Fort Myers, Florida this 30th day of August, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2